OCTOBER 25, 1948.

No. 11. DOUBLEDAY & CO., INC. *v.* NEW YORK. Argued October 21, 1948. Decided October 25, 1948. *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case. *Whitney North Seymour* argued the cause for appellant. With him on the brief was *George G. Gallantz. Whitman Knapp* argued the cause for appellee. With him on the brief was *Frank S. Hogan. Kenneth W. Greenawalt* filed a brief

for the American Civil Liberties Union, as *amicus curiae,* urging reversal.

